FILED

AUG 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102-3495
    Telephone: (415) 436-7200
7   FAX: (415) 436-6982
    Matthew.mccarthy@usdoj.gov
8
   Attorneys for United States of America
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,          )   CASE NO. 14-MJ-70841 NJV
14                                    )
         Plaintiff,                   )
15                                    )   [PROPOSED] ORDER AND
      v.                              )   STIPULATION EXCLUDING TIME
16                                    )   FROM THE SPEEDY TRIAL ACT
   CHRISTOPHER ANDREWS,               )   CALCULATION (18 U.S.C. §
17                                    )   3161(h)(8)(A)) AND WAIVING TIME
         Defendant.                   )   LIMITS UNDER RULE 5.1
18                                    )
                                      )
19                                    )
                                      )
20  _____   )
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED ORDER EXCLUDING TIME AND WAIVING TIME
14-MJ-70841 NJV

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of September 17, 2014, at 9:30 a.m. before the Magistrate Judge on duty, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from August 19, 2014 to September 17, 2014. The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently out of custody.

2. This matter is currently set for arraignment before Magistrate Judge Beeler on August 19, 2014.

3. The parties are working to resolve this matter, and the government has provided the defendant with initial discovery materials. The government is currently gathering additional materials for production.

4. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

6. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 28-day timeline established in Rule 5.1.

7. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 19, 2014 to September 17, 2014, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

7. Accordingly, and with the consent of the defendant, the Court:

(1) sets a preliminary hearing date before the duty Magistrate Judge on September 17,

[PROPOSED] STIPULATED ORDER EXCLUDING TIME AND WAIVING TIME
14-MJ-70841 NJV

2014, at 9:30 a.m., and

    (2) orders that the period from August 19, 2014 to September 17, 2014, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

DATED: August 19, 2014

/s/
EDWARD HU
Attorney for Defendant

DATED: August 19, 2014

/s/
MATTHEW L. McCARTHY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 8/20/14

HON. LAURELL BEELER
United States Magistrate Judge

[PROPOSED] STIPULATED ORDER EXCLUDING TIME AND WAIVING TIME
14-MJ-70841 NJV