1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6838
7       FAX: (415) 436-7200
        Matthew.McCarthy@usdoj.com
8
   Attorneys for United States of America
9

       **FILED**
       MAY 19 2016
       SUSAN Y. SOONG
       CLERK, U.S. DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,            ) NO. 14-MJ-70841 NJV
14                                       )
             Plaintiff,                  ) NOTICE OF DISMISSAL
15                                       )
         v.                              )
16                                       )
    CHRISTOPHER ANDREWS,                 )
17                                       )
             Defendant.                  )
18  _____)

19
        With leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), and because the
20
    defendant has successfully completed the terms of his Pretrial Diversion pursuant to the Pretrial
21
    Diversion Agreement entered into between the parties, the United States Attorney for the Northern
22
    District of California dismisses the above complaint.
23

24  DATED:    5-17-2016                        Respectfully submitted,

25                                             BRIAN J. STRETCH
                                               United States Attorney
26

27                                                    /s/
                                               MATTHEW L. McCARTHY
28                                             Assistant United States Attorney


NOTICE OF DISMISSAL (CR 14-MJ-70841 NJV)

Leave is granted to the government to dismiss the complaint.

Date: May 19, 2016

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 14-MJ-70841 NJV)